Case #: 3:15-cr-148(1)  Date: 11/4/15
Case Caption: USA v. Apostelos, et al.  Page: 1 of 2
CourtFlow#: SLO CourtSmart  Deputy: np

| Pltf | | Dft | | Item | Atty. | Exam | Time |
|---|---|---|---|---|---|---|---|
| No. | Id. | No. | Id. | Convene: | | | 1:45 |
| | | | | 4 marked exhibits provided to the Court | | | 1:46 |
| 1 | ✓ | | | Declaration of an attorney w/ judgments attached | | | 1:46 |
| 2 | ✓ | | | SDO Claims Register | | | 1:47 |
| 3 | ✓ | | | Randall Johnson Investor w/ Mr. Apostelos' Co. - Bullet points; To do List | | | 1:48 |
| 4 | ✓ | | | | | | |
| | | | | Above evidence proffered by the Gov't. | | | 1:52 |
| | | | | Deft's Response | | | 1:52 |
| | | | | Gov't's Reply | | | 1:52 |
| | | | | Deft's Reply | | | 1:59 |
| | | | | Bond w/ OSC entered | | | 2:00 |
| | | | | In-Chamber PTC before Judge Rose | | | 2:04 |
| | | | | Recess: | | | 2:04 |

Case #: 3:15-cr-148(2)  Date: 11/4/15
Case Caption: USA v. Apostelos, et al.  Page: 2 of 2
CourtFlow#: SLO CourtSmart  Deputy: rp

| Pltf | | Dft | | Item | Atty. | Exam | Time |
|---|---|---|---|---|---|---|---|
| No. | Id. | No. | Id. | | | | |
| | | | | Convene: | | | 2:04 |
| | | | | No evidence or argument to add. | AP | | 2:04 |
| | | | | Request to add Electronic Monitoring as a condition of release. | TP | | |
| | | | | Argument against EHD | | | 2:05 |
| | | | | Bond w/ EHD as a condition entered. | | | 2:08 |
| | | | | In-Chambers PTC before Judge Rose set for 11/9 @ 1:30 p.m. | | | 2:11 |
| | | | | Recess: | | | 2:11 |