IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA         :

           Plaintiff,     :     Case No.: 3-15-CR-148

-Vs-                             :

                                              :

Apostelos, Connie M.

           Defendant.

## MODIFICATION OF ORDER SETTING CONDITIONS OF RELEASE

The Court ORDERS the conditions of release filed in this case on November 4, 2015, be modified to include the following condition: While participating in the home confinement program through electronic monitoring under the direction of the U.S. pretrial Services Office, the defendant will be placed on a curfew and the time will be determined by U.S. Pretrial Services.

SO ORDERED.

5-5-16
Date

Honorable Thomas M. Rose
United States District Court Judge

Copy to:
Defendant/Defense counsel
U.S. Attorney Office
US Pretrial Services Office
rev. (06-08-98)