**PLEA INFORMATION**   Date: **4/4/17**

CASE CAPTION:   **USA v. Connie Apostelos**   CASE NUMBER:   **3:15-CR-148-02**

Pltfs Attorney: **Brent Tabacchi**   Defts. Attorney:   **Jon Paul Rion**

| | |
|---|---|
| **X** | Defendant appeared with counsel. |
| ___ | Interpreter _____ appeared and sworn. |
| **X** | Defendant's right to Grand Jury consideration and Indictment explained and Defendant stated he understood this right. |
| **X** | Defendant waived right to Indictment and signed waiver of indictment form. |
| ___ | Waiver of Indictment form signed by Defendant and Defendant Counsel which was read and translated to Defendant in open Court. |
| ___ | Defendant waived reading of Information and defects in service. |
| **X** | Defendant's constitutional rights explained and Defendant stated his understood rights. |
| **X** | Defendant waived constitutional rights. |
| **X** | Defendant sentencing guidelines range discussed and Defendant stated he understood possible sentence. |
| **X** | Guidelines levels stated as Level **20/I**. |
| **X** | Plea agreement **stipulated to, each page initialed, and document signed by both counsel and the defendant**. |
| **X** | Statement of Facts read into record by **AUSA**. |
| **X** | Defendant acknowledged accuracy of Statement of Facts. |
| **X** | Defendant entered a pleas of **guilty** to Count **1** of the Superseding Information. |
| **X** | Pleas accepted and made a permanent part of the record. |
| **X** | Defendant referred to Probation Department for Pre-sentence Investigation (PSI). |
| ___ | Bond _____ |
| ___ | Conditions of Bond: _____ |
| **X** | Other **Sentencing set for Wednesday, August 2, 2017 at 10:30 am** |

COURT REPORTER:   **Mary Schweinhagen**   CONVENE: **9:15 am**

DEPUTY CLERK:   **Kaylin Atkinson**   RECESS: **10:00 am**