## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.: 3:15-CR-00148** |
| Plaintiff, | **JUDGE ROSE** |
| vs. | |
| **CONNIE M. APOSTELOS** | **MOTION TO EXTEND TIME TO FILE SENTENCING MEMORANDUM** |
| Defendant. | |

Now comes the Defendant, **CONNIE M. APOSTELOS**, by and though her attorneys, **RION, RION & RION, L.P.A., INC.**, and hereby respectfully moves this Honorable Court for an Order to extend the time for the Defendant to file a Sentencing Memorandum for the reason that the Defendant has not had adequate time to review the amended pre-sentence report with Counsel and asks for a brief extension to file the sentencing memorandum.

Respectfully submitted,

/s/ Jon Paul Rion
**JON PAUL RION (#0067020)**
**RION, RION & RION, L.P.A., INC.**
Suite 2150
130 West Second Street
P.O. Box 10126
Dayton, Ohio  45402
(937) 223-9133
(937) 223-7540 (Fax)
Info@rionlaw.com

## **CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that a copy of the foregoing was sent to the office of the U.S. Attorney on the same day of filing.

/s/ Jon Paul Rion
**JON PAUL RION**
**RION, RION & RION, L.P.A., INC.**